| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**  BOS Solutions, Inc.

**2. Debtor's unique identifier**

For non-individual debtors:

☑ Federal Employer Identification Number (EIN)  9 8 – 0 5 1 8 2 1 3

☐ Other _____. Describe identifier _____.

For individual debtors:

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Ernst & Young Inc.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Court of Queen's Bench of Alberta Court Action No. 2001-05949

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
     See *Declaration of Foreign Counsel Under Penalty of Perjury* filed contemporaneously herewith
     _____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

Debtor  **BOS Solutions, Inc.**
         Name

Case number (*if known*) _____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

#1200, 444-5 Ave. SW
Number    Street

_____
P.O. Box

Calgary  ALB    T2P2T8
City      State/Province/Region    ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

2200 - 215 2nd Street SW
Number    Street

_____
P.O. Box

Calgary, Alberta T2P 1M4
City    State/Province/Region    ZIP/Postal Code

Canada
Country

**10. Debtor's website** (URL)   bos-solutions.com

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ❑ Partnership

  ❑ Other. Specify: _____

❑ Individual

Debtor  **BOS Solutions, Inc.**  Case number (if known) _____
        Name

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: **US subsidiaries' corporate headquarters are in this district**.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_   **Peter Chisholm, Ernst & Young Inc.**
Signature of foreign representative      Printed name

Executed on  **05/04/2020**
             MM / DD / YYYY

X _____   _____
Signature of foreign representative     Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X  **/s/ Charles A. Beckham, Jr.**   Date  **05/04/2020**
Signature of Attorney for foreign representative     MM / DD / YYYY

**Charles A. Beckham, Jr.**
Printed name

**Haynes and Boone, LLP**
Firm name

**1221 Mckinney Suite 2100**
Number    Street

**Houston**                                **TX**      **77010**
City                                       State       ZIP Code

**(713) 547-2243**                         **charles.beckham@haynesboone.com**
Contact phone                              Email address

**02016600**                               **TX**
Bar number                                 State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3